UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SAM ZALLOUM and JULIE ZALLOUM,

    Plaintiffs,

v.                                          Case No.  6:13-cv-1144-Orl-40TBS

RIVER OAKS COMMUNITY SERVICES
ASOCIATION, INC.; WEAN & MALCHOW,
P.A.; and DOES 1-10,

    Defendants.
_____

ORDER

This case comes before the Court *sua sponte* on Defendant River Oaks Community Association, Inc.'s Rule 26 Disclosures (Doc. 44).  Federal Rule of Civil Procedure 5 provides that "disclosures under Rule 26(a)(1) or (2) ... must not be filed until they are used in the proceeding or the court orders filing[.]"  FED.R.CIV.P. 5(d)(1).  Middle District of Florida Rule 3.03(d) states that material disclosed pursuant to Rule 26 "shall not be filed with the Court as a matter of course but may later be filed in whole or in part if necessary."  Defendant has not shown any basis for the filing of its Rule 26 disclosures.  Accordingly, Defendant River Oaks Community Association, Inc.'s Rule 26 Disclosures (Doc. 44) are STRICKEN.

    ORDERED in Orlando, Florida on this 20th day of August, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to Counsel of Record