UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SAM ZALLOUM and JULIE ZALLOUM,

    Plaintiffs,

v.                                            Case No.  6:13-cv-1144-Orl-18TBS

RIVER OAKS COMMUNITY SERVICES
ASSOCIATION, INC., WEAN & MALCHOW,
P.A., and DOES 1-10,

    Defendants.
_____/

## ORDER

This case comes before the Court on Defendant River Oaks Community Services Association, Inc.'s Motion for Permission to Reschedule Mediation (Doc. 59). For the reasons that follow, the motion is due to be denied.

Mediation is currently scheduled for November 5, and the deadline to complete mediation is November 12, 2014. (Id.). Ian A. Koven, one of the attorneys for River Oaks has been called to trial in a state court case beginning November 3 that is expected to last through November 12, 2014. (Id.). Thus, River Oaks seeks to postpone the mediation. Its counsel have conferred with the other parties, at least one of whom objects to the relief requested in the motion. (Id.).

If the Court allows the standard 17 days for responses, then presumably it will not act on the motion until it is too late. If it grants the motion now, the other parties may not have an opportunity to be heard. The Court does not know when Mr. Koven knew or should have known that he has this conflict, it does not know the likelihood

that the state court case will actually go to trial, and River Oaks has not proposed a new deadline for the completion of the mediation.

River Oaks is represented by attorneys Barry Postman and Mr. Koven. According to law firm Cole, Scott & Kissane, P.A.'s website, Mr. Postman is a trial attorney who has tried cases throughout Florida over the past 17 years.  Mr. Koven is an associate who, according to the Florida Bar's website, was admitted to practice on July 22, 2011.  Thus, if Mr. Koven is in trial, River Oaks can be represented by its most experienced attorney.  Under these circumstances, the Court sees no reason to delay mediation and the motion is DENIED.

DONE AND ORDERED in Orlando, Florida, on October 30, 2014.

*[Signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies to:

All Counsel
Unrepresented Parties